# Order

Michigan Supreme Court
Lansing, Michigan

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130754
(69)

_____

IN RE DAVID KIRCHER.

_____

DAVID KIRCHER,
        Plaintiff-Appellant,

v

WASHTENAW CIRCUIT JUDGE and CITY
OF YPSILANTI,
        Defendants-Appellees.

SC: 130754
COA: 262153

_____/

On order of the Court, the motion for reconsideration of this Court's order of June 26, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

_____
Clerk